

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2019

No. 04-19-00102-CV

**IN THE INTEREST OF K.J.G., JR., ET AL,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01856
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On April 3, 2019, this court received appellant's brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.8 in that the brief contains the parent's name. *See* TEX. R. APP. P. 9.8(b)(1)(B).

We, therefore, **ORDER** that appellant's brief is **STRICKEN**. We further ORDER appellant's attorney to file an amended appellant's brief in compliance with TRAP 9.8 on or before **April 22, 2019**. If appellant's amended brief is not filed by **April 22, 2019**, we will abate this appeal to the trial court to determine whether new appellate counsel should be appointed. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court